## Commonwealth ex rel. Altizer, Appellant, *v.* Hendricks.

486

Argued March 18, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Lee B. Sacks,* for appellant.

*Burton Satzberg,* Assistant District Attorney, with him *Arlen Specter,* Assistant District Attorney, *F. Emmett Fitzpatrick,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, April 18, 1963:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge WATERS of the Court of Common Pleas No. 4 of Philadelphia County, as reported in 29 Pa. D. & C. 2d 550. However, we wish to point out that the

question of jurisdiction raised in this petition is without merit in that the testimony clearly established that the crime charged was committed in Philadelphia.